THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **05-57245**
**MARCUS LEE** )
) MARILYN SHEA-STONUM
Debtor(s) ) BANKRUPTCY JUDGE
)
) TRANSMITTAL OF UNCLAIMED FUNDS

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **KAREN LYNN WALKER**
   **Check No. 761491**
   **Claim #15-1**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $4.35 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **1/14/2011**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*[handwritten:] ck #771254*
*receipt #82065*

FILED 2011 JAN 18 PM 1:55
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**MARCUS LEE**
**384 JUDITH AVE**
**AKRON, OH 44313**
**(Via Regular Mail)**


**LYNDA HARVEY WILLIAMS (via ECF)**

**KAREN LYNN WALKER**
**1161 TECUMSA PLACE**
**AKRON, OH 44305**
(via Regular Mail)

Date of Service: **1/14/2011**     By: **JoAnn Romig**
                                   Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com